## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:19 CV 358

| | | |
|---|---|---|
| WAYNE FREDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| TRANSUNION LLC, and | ) | |
| CREDIT ONE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 2) filed by Karl S. Gwaltney. The Motion indicates that Mr. Gwaltney, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of John C. Distasio, who the Motion represents as being a member in good standing of the Bar of the State of Florida. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 2) and **ADMITS** John C. Distasio to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 2, 2020

W. Carleton Metcalf
United States Magistrate Judge