IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 358 MR WCM

| | |
|---|---|
| WAYNE FREDELL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC, )<br>TRANSUNION LLC, and )<br>CREDIT ONE BANK, N.A., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) filed by Margaret K. Thies. The Motion indicates that Ms. Thies, a member in good standing of the Bar of this Court, is local counsel for Defendant, Credit One Bank, N.A. and that she seeks the admission of Jarrod D. Shaw, who the Motion represents as being a member in good standing of the Bar of the State of Virginia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 15) and **ADMITS** Jarrod D. Shaw to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 21, 2020

W. Carleton Metcalf
United States Magistrate Judge