IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 358 MR WCM

| | |
|---|---|
| WAYNE FREDELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| TRANSUNION LLC, and ) | |
| CREDIT ONE BANK, N.A., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 21) filed by Colin Dailey. The Motion indicates that Mr. Dailey, a member in good standing of the Bar of this Court, is local counsel for Defendant Equifax Information Services, LLC and that he seeks the admission of Lewis P. Perling, who the Motion represents as being a member in good standing of the Bar of the State of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 21) and **ADMITS** Lewis P. Perling to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 12, 2020

W. Carleton Metcalf
United States Magistrate Judge