IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 358 MR WCM

| | |
|---|---|
| WAYNE FREDELL,<br><br>    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION LLC, and CREDIT ONE BANK, N.A.,<br><br>    Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 29) filed by Robert deRosset. The Motion indicates that Mr. deRosset, a member in good standing of the Bar of this Court, is local counsel for Defendant TransUnion LLC and that he seeks the admission of James Acosta, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 29) and **ADMITS** James Acosta to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 23, 2020

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge